The People of the State of Illinois ex rel. Florence Matson, appellee, v. Forrest H. Kermeen, appellant. Gen. No. 6,592.

Bastardy prosecution. Defendant found guilty. Appeal from the County Court of Henry county; the Hon. Leonard E. Teleen, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

John Root, for appellant. Carl A. Melin, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Florence Welcome, appellant, v. Thomas Welcome, appellee. Gen. No. 6,611.

Bill for divorce on grounds of cruelty. Bill dismissed. Appeal from the Circuit Court of McHenry county; the Hon. Charles H. Donnelly, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded with directions. Opinion filed February 8, 1919.

Frank E. Maynard, for appellant. David R. Joslyn, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

F. J. Gerretsen, appellee, v. H. A. Meyer, appellant. Gen. No. 6,619.

Action to recover purchase price paid for motor boat, on ground of breach of warranty. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

S. H. Block, for appellant. E. V. Orvis, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Charles S. Cullen and Lewis Gowen, trading as Cullen & Gowen, appellees, v. Burton S. Jordan, appellant. Gen. No. 6,622.

Bill to enjoin tenant from removing fixtures. Decree for complainants. Appeal from the Circuit Court of La Salle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded with directions. Opinion filed February 8, 1919.

Richard D. Mills, for appellant. Ralph A. Green, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

S. Musgove et al., appellees, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 6,638.

Action against carrier to recover damages for delay in shipment of live stock. Judgment for plaintiff. Appeal from the Circuit Court of Henderson county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of facts. Opinion filed February 8, 1919.

J. A. Connell and J. W. Gordon, for appellant. L. E. Murphy and C. M. Huey, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.